■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY BULZING, Appellant.- judgment of the Supreme Court, Suffolk County (Jaspan, J.), rendered February 19, 1981, convicting him of use of a child in a sexual performance, rape in the third degree (two counts), and sodomy in the third degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

Contrary to defendant's assertion, his actions were sufficient to warrant conviction for use of a child in a sexual performance pursuant to the Penal Law *(see, People v McIntyre,* 77 AD2d 810). We have reviewed his other contentions and find them to be without merit. Gibbons, J. P., Thompson, Brown and Eiber, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD CAPELLA, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Queens County (Brown, J.), rendered December 11, 1981, convicting him of robbery in the first degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel is granted leave to withdraw as counsel *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf. People v Gonzalez,* 47 NY2d 606). Mollen, P. J., Gibbons, Niehoff and Eiber, JJ., concur.